FILED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

07 NOV 19 AM 10: 24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br><br> vs. <br><br> Jose Alfredo ALTAMIRANO-Martinez <br> Defendant. | Magistrate's Case Number: <br> 07 MJ 2690 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 21, United States Code Section(s) 952 and 960- Importation of a Controlled Substance (Felony): |

The undersigned complainant being duly sworn states:

### COUNT ONE

That on or about November 18, 2007, within the Southern District of California, defendant Jose Alfredo ALTAMIRANO-Martinez did knowingly and intentionally import approximately 13.10 kilograms of methamphetamine, a schedule II controlled substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, incorporated herein by reference.

_____
Angela M. Sanchez, Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 19th day of November 2007.

_____
UNITED STATES MAGISTRATE JUDGE

JPME

**United States of America**
        **vs.**
**Jose Alfredo ALTAMIRANO-Martinez**

## {STATEMENT OF FACTS}

On November 18, 2007, at approximately 1:45pm, Jose Alfredo ALTAMIRANO-Martinez applied for entry into the United States from Mexico at the San Ysidro Port of Entry (POE). ALTAMIRANO was the driver and sole occupant of a white 2002 Chevrolet Cavalier bearing Baja California, Mexico (BA/MX) license plate BEH1244. United States Customs and Border Protection Canine Enforcement Officer (CBP/CEO) Hersey was conducting pre-primary roving operations at the San Ysidro POE with his assigned Narcotic Detector Dog (NDD) "DADA" (NCF030305/IN10) when NDD "DADA" alerted to the white 2002 Chevrolet Cavalier. CBP/CEO Hersey notified CBP/CEO Delgado of the canine alert. CBP/CEO Delgado approached ALTAMIRANO and asked him were was he going to which ALTAMIRANO stated he was going to San Diego, California. CBP/CEO Delgado received two negative declarations from ALTAMIRANO. ALTAMIRANO stated he had owned the car for about four months. CBP/CEO Delgado conducted a cursory inspection of the vehicle and noticed a non-factory compartment in the firewall of the vehicle. CBP/CEO Delgado then probed the compartment with his screwdriver and discovered packages within the compartment. CBP/CEO Delgado secured ALTAMIRANO and ALTAMIRANO freely asked if there were drugs in the vehicle.

The vehicle was taken into the secondary vehicle inspection area for a complete inspection. CBPO Rodriguez upon inspecting the vehicle discovered and removed eleven (11) packages wrapped in cellophane from the non-factory compartment in the dashboard/firewall area of the vehicle. CBPO Rodriguez probed a randomly selected package, which extruded a white crystallized substance that field tested positive for methamphetamine. The eleven packages had a combined weight of approximately 13.10 kilograms.

U.S. Immigration and Customs Enforcement (ICE) Special Agent (S/A) Angela M. Sanchez in the presence of S/A Victor M. Estebanes, advised ALTAMIRANO of his Constitutional rights, as per Miranda, in the Spanish language. ALTAMIRANO acknowledged he understood his rights per Miranda, and waived them both orally and by signing the waiver of rights form. Post-Miranda, ALTAMIRANO provided the following statements in summary:

ALTAMIRANO stated that about two months ago he was offered the car in exchange to cross into the United States, pick up money and deliver the money into Mexico. ALTAMIRANO stated that he would be paid $400.00 US to pick up money in an unknown place in the US then deliver it back to Mexico.

ALTAMIRANO said he had made a deal with "El Viejo" and Andres LNU to deliver money from US into Mexico. ALTAMIRANO admitted that he knew that "El Viejo" and Andres LNU were involved with drug dealing. ALTAMIRANO stated that about a month ago "El Viejo" and Andres LNU gave him the vehicle to register it under his, ALTAMIRANO's, name. ALTAMIRANO said he completed the proper documentation and returned the car to "El Viejo" and Andres LNU. ALTAMIRANO stated he had previously crossed in this vehicle, as he was instructed to by "El Viejo" and Andres LNU, to cross in the car in order to familiarize himself with the San Diego area and then he return the car. ALTMIRANO stated he received the car this morning, November 18, 2007, at approximately 9:00 AM or 10:00 AM. ALTAMIRANO stated he was going to cross into the U.S. and once he had crossed he would receive a phone call instructing him where to go pick up the money and deliver it into Mexico. ALTAMIRANO denied knowledge of the narcotics discovered in the vehicle.

ALTAMIRANO was arrested for violating Title 21, United States Code, Sections 952 & 960-Importation of a controlled substance.