*RRh*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOSE ALFREDO ALTAMIRANO-<br>            MARTINEZ,<br><br>            Defendant. | Criminal Case No. 07cr3372-JAH<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 - Importation<br>of Methamphetamine (Felony) |

The United States Attorney charges:

On or about November 18, 2007, within the Southern District of California, defendant JOSE ALFREDO ALTAMIRANO-MARTINEZ, did knowingly and intentionally import 50 grams or more, to wit: approximately 13.10 kilograms (approximately 28.8 pounds) of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 12/13/07   .

KAREN P. HEWITT
United States Attorney

for CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh:San Diego
12/4/07