1  MICHAEL L. CROWLEY (117008)
   Attorney at Law
2  550 West "C" Street, Suite 1960
   San Diego, CA 92101
3  (619) 444-8808

4  Attorney for Defendant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable John A. Houston)

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case Nos.: 07mj2690/07CR3372-JAH |
|                  Plaintiff,         ) | |
|                                     ) | **APPLICATION FOR ORDER** |
| v.                                  ) | **TO VIEW AND PHOTOGRAPH** |
|                                     ) | **CONTRABAND** |
| JOSE ALFREDO ALTAMIRANO-MARTINEZ,   ) | |
|                  Defendant.         ) | |

Defendant, JOSE ALFREDO ALTAMIRANO-MARTINEZ, by and through his attorney of record, Michael L. Crowley, respectfully requests this court for an order to be able to view and photograph the contraband in this case before the scheduled Change of Plea Hearing before Magistrate Adler on January 17, 2008.  This request is being made due to the discrepancy, as to the type of contraband confiscated in this case, of the attached Notice of Seizure and Amended Notice of Seizure letters received by Mr. Altamirano.  Assistant U.S. Attorney Caroline P. Han has no opposition to this request.

Respectfully submitted,

DATED: January 10, 2008

 /s/ Michael L. Crowley
Michael L. Crowley
Attorney for Defendant

M:\WP\CRIM\FEDERAL\Altamirano-Martinez, Jose - application for order to view drugs.wpd