# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable John A. Houston)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 07CR3372-JAH |
| Plaintiff, ) | |
| ) | **ORDER TO** |
| v. ) | **VIEW AND PHOTOGRAPH** |
| ) | **CONTRABAND** |
| JOSE ALFREDO ALTAMIRANO-MARTINEZ, ) | |
| Defendant. ) | |

At the request of the defense and with no opposition from the United States, and for **GOOD CAUSE SHOWN IT IS HEREBY ORDERED THAT**, the defense be able to view and photograph the contraband in this case.

**IT IS SO ORDERED:**

DATED: January 11, 2008

_[signature]_

JOHN A. HOUSTON
United States District Judge